UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JEFFREY HUBBARD,

        Plaintiff,

    v.                                        Case No. 22-C-513

CANATURE WATERGROUP USA, INC.,

        Defendant.

## ORDER

On April 28, 2022, Plaintiff Jeffrey Hubbard brought this action against Defendant Canature Watergroup USA, Inc., alleging violations of the Consolidated Omnibus Budget Reconciliation Act (COBRA), 29 U.S.C. § 1161, *et seq.*, and breach of contract under Wisconsin law. Dkt. No. 1. Shortly thereafter, Defendant moved to transfer this action to the United States District Court for the District of Nebraska, arguing that Plaintiff's employment agreement contained a mandatory forum selection clause that required any disputes between the parties to be litigated in Nebraska. Dkt. No. 9 at 1. The parties have since stipulated that this action should be transferred to the United States District Court for the District of Nebraska. Dkt. No. 12.

**IT IS THEREFORE ORDERED** that, pursuant to the stipulation of the parties and 28 U.S.C. § 1404, the Clerk is directed to transfer this case to the United States District Court for the District of Nebraska. The Clerk is also directed to close the action before this Court.

Dated at Green Bay, Wisconsin this 18th day of July, 2022.

                                                                          s/ William C. Griesbach
                                                                          William C. Griesbach
                                                                          United States District Judge