# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JEFFREY HUBBARD,** | |
| **Plaintiff,** | **8:22CV262** |
| vs. | |
| **CANATURE WATERGROUP USA INC,** | **ORDER** |
| **Defendant.** | |

This matter is before the Court on the plaintiff's Notice of Voluntary Dismissal With Prejudice ([Filing No. 70](#)).  After review, and pursuant to Federal Rule of Civil Procedure 41(a)(2), the motion is granted and this case is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge